### OI WOOTEN v. STATE.
#### No. 19093.

Court of Criminal Appeals of Texas.

May 5, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the county jail for a period of sixty days.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### AMERICAN NATIONAL INSURANCE COMPANY, Appellant, v. Mrs. Tee FELLERS et vir., Appellees.
#### No. 9999.

Court of Civil Appeals of Texas.

San Antonio.

April 21, 1937.

Claud J. Carter, of San Antonio, for appellant.

Alex Jung, of Fredericksburg, for appellees.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.

### W. A. SHROPSHIRE, Appellant, v. Elliott JONES, Attorney in Fact, etc., Appellee.
#### No. 9969.

Court of Civil Appeals of Texas.

San Antonio.

March 10, 1937.

Rehearing Denied May 12, 1937.

Shropshire & Sanders, of Brady, for appellant.

John C. Hoyo, R. G. Harris, and Lewright & Lewright, all of San Antonio, for appellee.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294; article 1950, and subdivision 1, art. 1821, R. C.S. 1925.